CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC - 5 2011  Harrisonburg

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

In Re:

DELLINGER MOTOR CO. LLC

     Debtor.

CAREY W. BRINCEFIELD, et al.

     Plaintiffs,

v.

JOHN G. LEAKE, CHAPTER 7 TRUSTEE

     Defendant.

Civil Action Nos.    5:11mc00028
                    5:11cv00101

Case No. 09-51130
Adversary No. 10-05030

## ORDER OF REFERENCE

This matter is before the Court pursuant to a Report and Recommendation of United States Magistrate Judge James G. Welsh following mediation proceedings held on October 27, 2011, reporting that the parties have settled this matter upon mutually agreeable terms.

By Order dated October 13, 2011 the Court withdrew the reference of this matter from the United States Bankruptcy Court to allow the mediation to proceed before the United States Magistrate Judge.

As certain provisions of the Settlement Agreement reached by the parties require further supervision by the United States Bankruptcy Court, these matters are stricken from the docket of

the District Court and again referred to the United States Bankruptcy Court for approval and implementation of the Settlement Agreement.

The Clerk of Court hereby is directed to send a certified copy of this Order of Reference to all counsel of record.

Entered this __2d__ day of ___DECEMBER___, __2011__

_____
Chief United States District Judge

We Ask For This:

_/s/ Jacob T. Penrod_____
Jacob T. Penrod, Esquire
Counsel for John G. Leake, Trustee

_/s/ Thomas D. Logie, by Jacob T. Penrod with authority_____
Thomas D. Logie, Esquire
Counsel for Carey W. Brincefield
Brincefield Group, LLC, and
Carey W. Brincefield Family Limited Partnership